IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KOBIE JOE HENSON                                                                             PLAINTIFF

v.                                          Case No. 6:13-CV-06001-MEF

SHERIFF CHAD LEDBETTER, ET. AL.                                                   DEFENDANTS

## ORDER

Currently before the Court is the parties' Joint Motion to Dismiss with Prejudice. (Doc. 28)

It appearing that the parties have settled this matter and are in agreement, it is ORDERED that the parties' joint motion (Doc. 28) is GRANTED, and this matter is DISMISSED WITH PREJUDICE.

The Court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed, that the parties require Court intervention in an unanticipated dispute regarding the settlement, and/or that a party wishes this Court to enforce the settlement agreement specifically.

IT IS SO ORDERED this 14th day of October, 2015.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE